## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 13 B 28676 |
| Chet Krygowski | ) | HON.  Barnes |
| | ) | CHAPTER 13 |
| | ) | |

### NOTICE OF MOTION

TO:   Marilyn O. Marshall, 224 South Michigan Ave, Suite 800, Chicago, IL 60604, via
electronic Court notification

Chet Krygowski 9220 137th St Orland Park IL 60462

All Creditors on attached service list; received notice via first class mail, postage prepaid

PLEASE TAKE NOTICE that on Monday March 10, 2014 at 9:30am, I shall appear before the
honorable Judge Timothy A Barnes at 219 S Dearborn, Courtroom 613, Chicago IL 60604  and
present the attached motion and you may appear if you so choose.

### PROOF OF SERVICE

The undersigned certifies that he served a copy of this notice and attachments to the
above named addressed, and parties listed on attached service list, by first class mail, postage
prepaid, from the mailbox located at 670 W Hubbard St, Ste. 202, Chicago, IL 60654, or
otherwise via the methods listed above, on January 21, 2014.

/s/ Joseph Lentner

Attorney for Debtor

Swanson & Desai, LLC
Joseph Lentner
670 W Hubbard St, Ste. 202
Chicago, Illinois 60654
(312) 666-7882

Label Matrix for local noticing
0752-1
Case 13-08209
Northern District of Illinois
Chicago
Tue Jan 21 12:19:36 CST 2014

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

AMERICASH LOANS, LLC
PO BOX 184
DES PLAINES, IL 60016-0003

Arnoldharris (Original Creditor:04 Illin
600 West Jackson Suite 710
Chicago, IL 60661-5682

Avante (Original Creditor:07 Career Educ
2950 S Gessner Suite 265
Houston, TX 77063-3751

Blkhwk Fin
2400 Devon Avenue
Des Plaines, IL 60018-4619

Ccrservices (Original Creditor:04 City O
P O Box 32299
Columbus, OH 43232-0299

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Lincoln Tech
1 Plymouth Meeting 4 Th Floor
Plymouth Meeti, PA 19462

Lincoln Tech Institute
POB 570
Plymouth Meeting, RA  19462-0570

M.C.O.A.
Village of Justice
Municipal Collections of America, Inc
3348 Ridge Rd
Lansing, IL 60438-3112

M.C.O.A.
Village of Orland Park
Municipal Collection of America, Inc.
3348 Ridge Rd
Lansing, IL 60438-3112

MCSI
Authorized Agent for
City of Hickory Hills
POB 327
Palos Heights, IL 60463-0327

Mcsi Inc (Original Creditor:01 City Of H
Po Box 327
Palos Heights, IL 60463-0327

Merchants Cr (Original Creditor:Medical)
223 W Jackson St Suite 900
Chicago, IL 60606-6912

Municollofam (Original Creditor:04 Villa
3348 Ridge Road
Lansing, IL 60438-3112

Nationwide Credit & Co (Original Credito
815 Commerce Dr Ste 100
Oak Brook, IL 60523-8839

Quantum3 Group LLC as agent for
Blackhawk Auto Finance Inc.
PO Box 788
Kirkland, WA 98083-0788

U S A Funds (Original Creditor:Ams Educa
Po Box 6180
Indianapolis, IN 46206-6180

Van Ru Credit Corp
8550 Ulmerton Rd
Ste 225
Largo, FL 33771-5351

Western Sky
612 E Street
Timber Lake, SD 57656

Glenn B Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532-4350

Joseph F Lentner
Swanson and Desai LLC
670 W Hubbard
Suite 202
Chicago, IL 60654-5541

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Randall Gallegos
8918 S Roberts Rd
2c
Hickory Hills, IL 60457-1549

End of Label Matrix
Mailable recipients    24
Bypassed recipients     0
Total                  24

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:                                      )
                                            )        CASE NO. 13 B 28676
Chet Krygowski                              )        HON.  Barnes
                                            )        CHAPTER 13

## <u>MOTION FOR RELIEF FROM ORDER</u>

Debtor's Attorneys, Swanson and Desai LLC moves this Honorable Court to enter an Order

Amending the Order Granting Application for Compensation as set forth below, and in support

thereof states as follows:

1.      Debtor filed the above captioned voluntary petition for relief under Chapter 13 of the

United States Bankruptcy Code.

2.      This Court has jurisdiction over this proceeding pursuant to 28 U.S.C §§1334 & 157.

This is a core proceeding pursuant to 28 U.S.C. §157.

3.      This Court entered an Order Granting Application for Compensation December 10,

2013.

4.      That due to a clerical error the application listed the compensation sought as a flat fee

through case closing at $3500.00. See Exhibit A.

5.      That Debtor and Debtors Attorneys agreed to a flat fee of $4000.00 through case

closing and executed the Court Approved Retenetion Agreement.  See Exhibit A.

6.      That a corrected copy of the application has been attached to this motion.  See Exhibit

B.

WHEREFORE, Swanson and Desai LLC, Debtor's Attorney, respectfully requests this

Honorable Court to enter an Order Granting Relief from Judgment or Order and for such other and

further relief as this Court deems fair and just.


Respectfully Submitted

/s/ Joseph Lentner

Attorney for Debtor

Swanson & Desai, LLC
Joseph Lentner
670 W Hubbard St, Ste. 202
Chicago, Illinois 60654
(312) 666-7882