UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: )  BK No.: 13-28676
    Chet Krygowski, )
     )  Chapter: 13
     )  Honorable Timothy Barnes
     )
     )
    Debtor(s) )

## ORDER MODIFYING PLAN

THIS CAUSE COMING TO BE HEARD by the Motion of the Debtor to modify the Chapter 13 plan, the Court having jurisdiction over the matter and being fully advised on the premises; IT IS HEREBY ORDERED:

A. Section D(1) of Debtor's plan is modified to increase plan payments to $680.00 per month for the remainder of the plan.

B. Debtor's plan is modified to defer the current default to the end of the plan.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: February 02, 2017

**Prepared by:**

Mehul D. Desai
Attorney for Debtors
Swanson & Desai, LLC
2314 W. North Ave., Unit C-1W
Chicago, IL 60647
(312) 666-7882