**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHISN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 13 |
| Chet Krygowski, | ) | Case No. 13-28676 |
| | ) | Hon. Timothy A. Barnes |
| Debtor. | ) | |

## NOTICE OF MOTION

To: Marilyn O. Marshall, 224 S. Michigan Ave., Ste. 800, Chicago, IL 60604, via electronic notification through the CM/ECF system;

Jessica S. Naples, Codilis & Associates, P.C., 15W030 North Frontage Rd., Ste.100, Burr Ridge, IL 60527, representing Wells Fargo Bank, via electronic notification through the CM/ECF system;

Crystal V. Sava, Anselmo Lindberg & Associates, LLC, 1771 W. Diehl Rd., Naperville, IL 60563, Specialized Loan Servicing LLC, via electronic notification through the CM/ECF system; and

See Creditors on the attached Service List.

**PLEASE TAKE NOTICE** on November 1, 2018, at 9:30 a.m., I shall appear before the Honorable Timothy A. Barnes, or any judge sitting in his place and stead, in courtroom 744 in the Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604 and present the attached motion and you may appear if you so choose.

## PROOF OF SERVICE

The undersigned attorney certifies that a copy of the attached notice and motion was served to the above named addressed via First-Class Mail with postage prepaid, at the mailbox located at 2185 W. North Ave., Chicago, IL 60647, or via the methods listed above on October 25, 2018.

/s/ Mehul D. Desai
Attorney for Debtor
Swanson & Desai, LLC
2314 W. North Ave., Unit C-1W
Chicago, IL 60647
(312) 666-7882

```
Label Matrix for local noticing          SPECIALIZED LOAN SERVICING LLC           WELLS FARGO BANK, N.A.
0752-1                                   8742 Lucent Blvd, Suite 300              c/o Codilis & Associates, P.C.
Case 13-28676                            Highlands Ranch, CO 80129-2386           15W030 North Frontage Road, Suite 100
Northern District of Illinois                                                     Burr Ridge, IL 60527-6921
Chicago
Thu Oct 25 15:10:35 CDT 2018

U.S. Bankruptcy Court                    BACK BOWL I LLC, SERIES C                Bk Of Amer
Eastern Division                         C O WEINSTEIN AND RILEY, PS              4060 Ogletown/Stanton Rd
219 S Dearborn                           2001 WESTERN AVENUE, STE 400             Newark, DE 19713
7th Floor                                SEATTLE, WA 98121-3132
Chicago, IL 60604-1702


Capital One, N.A.                        Chase                                    (p)US BANK
Po Box 30273                             Po Box 15298                             PO BOX 5229
Salt Lake City, UT 84130-0273            Wilmington, DE 19850-5298                CINCINNATI OH 45201-5229


LVNV Funding, LLC its successors and assigns   (p)PORTFOLIO RECOVERY ASSOCIATES LLC    Specialized Loan Servicing LLC
assignee of FIA Card Services, N.A.      PO BOX 41067                             8742 Lucent Blvd, Suite 300
Resurgent Capital Services               NORFOLK VA 23541-1067                    Highlands Ranch, Colorado 80129-2386
PO Box 10587
Greenville, SC 29603-0587

Wells Fargo Bank, N.A.                   (p)WELLS FARGO BANK NA                   Chet Krygowski
Attention: Bankruptcy Dept               WELLS FARGO HOME MORTGAGE AMERICAS SERVICING   9220 137th St.
MAC #D3347-014                           ATTN BANKRUPTCY DEPT MAC X7801-014       Orland Park, IL 60462-1367
3476 Stateview Blvd                      3476 STATEVIEW BLVD
Fort Mill, SC 29715-7203                 FORT MILL SC 29715-7203

Joseph F Lentner                         Kenneth C Swanson Jr                     Marilyn O Marshall
Swanson and Desai LLC                    Swanson & Desai, LLC                     224 South Michigan Ste 800
2314 W North Ave                         2314 West North Avenue                   Chicago, IL 60604-2503
Unit C-1W                                Unit C1-W
Chicago, IL 60647-6267                   Chicago, Il 60647-6267

Mehul D Desai                            Patrick S Layng
Swanson & Desai, LLC                     Office of the U.S. Trustee, Region 11
2314 W North Ave Unit C-1W               219 S Dearborn St
Chicago, IL 60647-6267                   Room 873
                                         Chicago, IL 60604-2027
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Elan Financial Service                   Portfolio Recovery Associates, LLC       Wells Fargo Hm Mortgag
777 E Wisconsin Ave                      successor to US BANK NATIONAL ASSOCIATIO 8480 Stagecoach Cir
Milwaukee, WI 53202                      PO Box 41067                             Frederick, MD 21701
                                         Norfolk, VA 23541
```

End of Label Matrix
Mailable recipients    19
Bypassed recipients     0
Total                  19

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHISN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 13 |
| Chet Krygowski, ) | Case No. 13-28676 |
| ) | Hon. Timothy A. Barnes |
| Debtor. ) | |

## MOTION TO SELL PROPERTY

**NOW COMES** Chet Krygowski, by and through his attorneys, Swanson and Desai, LLC and moves this Honorable Court to enter an Order allowing the sale of Debtor's Real Estate located at 9220 137th, Orland Park, IL 60462, and states as follows:

1. That this Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 1334. Venue is proper pursuant to 28 U.S.C. § 1409(a). This is a core proceeding pursuant to 28 U.S.C. § 157.

2. Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C. on July 17, 2013.

3. Debtor's plan was confirmed by this Honorable Court on December 9, 2013.

4. Debtor's confirmed plan requires a plan payment of $510.00 per month for a period of 60 months with all general unsecured creditors receiving a 30% dividend.

5. Debtor is the current and sole owner of the property commonly known as 9220 137th, Orland Park, IL 60462.

6. Debtor wishes to sell the above referenced property. Please see attached *Exhibit A* for a copy of the real estate contract.

7. The sales agreement provides for a sales price of $240,000.00. Debtor only anticipates acquiring a net profit of $7,201.00. See attached *Exhibit B* for proposed settlement statement.

8. Debtor does not anticipate any change that would make said funds available to creditors being paid through the Chapter 13 plan.

9. Debtor shall tender a closing statement to the Trustee within seven days of closing.

10. Execution of any sale is contingent upon this Court entering an Order allowing sale of the subject property.

11. Debtor requests this Honorable Court to enter an Order allowing a sale of the subject property.

12. The foregoing constitutes sufficient grounds for this Court to enter an Order allowing the sale of the subject property.

**WHEREFORE**, Chet Krygowski, Debtor, respectfully prays this Honorable Court enters an order allowing the sale of the subject property and for any further relief as this Court deems fair and just.

Respectfully Submitted,

/s/ Mehul D. Desai
Attorney for Debtor
Swanson & Desai, LLC
2314 W. North Ave., Unit C-1W
Chicago, IL 60647
(312) 666-7882